**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

IN RE: Elmer F. Mitchell                                    CASE NO.: 17-24615-GLT
Jessica K. Mitchell

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| New Residential Mortgage LLC | Ditech Financial LLC |
| Name of Transferee | fka Green Tree Servicing LLC |
| | Name of Transferor |

Name and Address where notices to transferee should be sent:

New Residential Mortgage LLC
P.O. Box 10826
Greenville, SC 29603-0826

Phone: 800-365-7107
Last Four Digits of Acct #: 2635

Court Claim # (if known): 1-1
Amount of Claim: $46,704.63
Date Claim Filed: 11/24/2017

Phone: (888) 298-7785
Last Four Digits of Acct #: 2545

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Keith Labell                                        Date: January 16, 2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

IN RE: <u>Elmer F. Mitchell</u>                                              CASE NO.: 17-24615-GLT
<u>Jessica K. Mitchell</u>

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on <u>January 17, 2020</u>, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States

Mail to the following parties:

Elmer F. Mitchell
133 Church Street
Karns City, PA 16041

Jessica K. Mitchell
133 Church Street
Karns City, PA 16041

And via electronic mail to:

Dai Rosenblum
254 New Castle Road Suite B
Butler, PA 16001-2529

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

                                                 RAS CRANE LLC
                                                 Authorized Agent for Secured Creditor
                                                 10700 Abbott's Bridge Road, Suite 170
                                                 Duluth, GA 30097
                                                 Telephone: 470-321-7112
                                                 Facsimile: 404-393-1425

                                                 By: <u>/s/ Shayden Shanaberger</u>
                                                 Email: sshanaberger@rascrane.com