# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/19/22 12:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  ELMER F. MITCHELL
JESSICA K. MITCHELL
        Debtor(s)
  Ronda J. Winnecour, Trustee
    Movant
      vs.
  ELMER F. MITCHELL
JESSICA K. MITCHELL

      Respondents

Case No.17-24615GLT

Chapter 13

Document No.\_\_59_____

---

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this \_\_\_19th\_\_\_\_\_ day of \_August\_\_ , 20 22, it is hereby ORDERED, ADJUDGED, and DECREED tha

Jps International
Attn: Payroll Manager
150 Eastbrook Ln
Butler,PA 16002

is hereby ordered to immediately terminate the attachment of the wages of ELMER F. MITCHELL, social security number

XXX-XX-0565.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ELMER F. MITCHEI

Dated: 8/196/22

BY THE COURT:

_____
  GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 17-24615-GLT

Elmer F. Mitchell                                                                Chapter 13

Jessica K. Mitchell

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 19, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Elmer F. Mitchell, PO Box 315, Karns City, PA 16041-0915 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2022                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Menchyk, Jr. | on behalf of Creditor Bear Creek Watershed Authority amm@stepmenlaw.com |
| Brian Nicholas | on behalf of Creditor PNC Mortgage  A Division of PNC Bank, National Association bnicholas@kmllawgroup.com |
| Dai Rosenblum | on behalf of Debtor Elmer F. Mitchell dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Dai Rosenblum | on behalf of Joint Debtor Jessica K. Mitchell dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Kevin M Buttery | on behalf of Creditor Ditech Financial LLC kbuttery@rascrane.com |

District/off: 0315-2                        User: auto                                    Page 2 of 2
Date Rcvd: Aug 19, 2022                      Form ID: pdf900                              Total Noticed: 1

Maria Miksich
                on behalf of Creditor PNC Mortgage  A Division of PNC Bank, National Association mmiksich@kmllawgroup.com

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

Sindi Mncina
                on behalf of Creditor Ditech Financial LLC smncina@rascrane.com


TOTAL: 9